## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK TUFANO, | |
| Plaintiff, | CIVIL ACTION NO. 25-CV-1990 |
| v. | (SAPORITO, J.) |
| | (LATELLA, M.J.) |
| USDA, et al., | |
| Defendant. | |

## ORDER

On October 21, 2025, the plaintiff initiated this action by filing a complaint in addition to an application to proceed *in forma pauperis*. (Doc. 1); (Doc. 2). On May 4, 2026, the plaintiff informed the court through a letter that "[a] new complaint with additional claims has been filed in the District Court."[1] (Doc. 6). Therefore, Judge Latella recommends that the plaintiff's letter should be construed as a motion for voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure, and consequently dismissed without prejudice. (Doc. 7).

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. The report and recommendation of Judge Latella (Doc. 7) is

---

[1] *See Tufano v. USDA*, No. 3:26-CV-01018.

**ADOPTED** in its entirety;

2. The plaintiff's complaint (Doc. 1) is **DISMISSED without prejudice**; and

3. The Clerk shall close the case.

Dated: June 18, 2026                    *s/Joseph F. Saporito, Jr.*
                                        JOSEPH F. SAPORITO, JR.
                                        United States District Judge

- 2 -